RECEIVED
MAR 17 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| AQUIL AL-OBEID, also known as AQIL AL-OBEID, Petitioner | CIVIL ACTION NO. 1:16-CV-1638-P |
| VERSUS | CHIEF JUDGE DRELL |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the captioned matter be and is hereby DISMISSED WITHOUT PREJUDICE in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 17 day of MARCH, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT